IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA LOPOSSER, | : | |
| Plaintiff | : | Civil Action 2:09-cv-408 |
| v. | : | Judge Graham |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Abel |
| | : | |
| Defendant | : | |

## ORDER

On July 13, 2010, the Magistrate Judge issued a report and recommendation that the decision of the Commissioner of Social Security denying benefits be affirmed. Objections to this report and recommendation were due by July 30, 2010.

Plaintiff has filed no objections to the report and recommendation. On *de novo* review as required by 28 U.S.C. §636(b), the Court finds the report and recommendation well taken. Accordingly, it (Doc. 20) is **ADOPTED**. The decision of the Commissioner of Social Security is **AFFIRMED**, and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

**DATE**: August 11, 2010